**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00160-CV**

**WALT HATTER AND ROBERT ZIEGLER, Appellants**

**V.**

**ORIGIN BANK, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16018**

**ORDER**

The above case was set for oral argument in this Court on November 30, 2022. It has come to the Court's attention that appellant Walt Hatter has commenced Chapter 11 bankruptcy proceedings. The case will be removed from submission. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE